COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-345-CV

JEFFREY A. BARRON
 
APPELLANT

V.

FIRST CASH FINANCIAL SERVICES, INC.
 APPELLEE

 
 

----------

FROM THE 153
RD
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Unopposed Motion To Dismiss Accelerated Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED:  September 18, 2008

FOOTNOTES
1:
See
 Tex. R. App. P. 
47.4.